**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

DAVID RYAN BATES,

Petitioner

: No. 214 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.